# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR16 |
| vs. | ) | |
| STETSON REINICK, | ) | ORDER |
| STEPHANIE MITCHELL, | ) | |
| Defendants. | ) | |

This matter is before the court on defendant, Stephanie Mitchell's Unopposed Motion to Continue Trial [50].  The court understands that codefendant, Stetson Reinick and the government do not object to a continuance of the scheduled trial date.  For the reasons set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance.  Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [50] is granted, as follows:

1. The jury trial, **for both defendants**, now set for September 27, 2021 is continued to **November 29, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 29, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** August 18, 2021.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**